FILED
U.S. DISTRICT COURT

2009 FEB 18 P 1: 15

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

*Prepared and Submitted by:*

Lon A. Jenkins (USB #4060)
R.L. Knuth (USB #3625)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
Facsimile: (801) 328-0537
Email: lajenkins@joneswaldo.com
rknuth@joneswaldo.com
taramburu@joneswaldo.com

*Receiver of RCH2, LLC et al., and
Attorneys for Receiver*

## UNITED STATES DISTRICT COURT DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| RCH2, LLC, a Utah Limited Liability Company, and the interests of RCH2, LLC and Robert Casey Hall, an individual, in various entities, including Springridge, LLC, a Utah Limited Liability Company, W.W. LLC, a Utah Limited Liability Company, and USV R.E., LLC, a Utah Limited Liability Company, by and through their Court-Appointed Receiver LON A. JENKINS,<br><br>Plaintiffs,<br><br>v.<br><br>EVANDER HOLYFIELD, an individual, and DOES Nos. 1-20<br><br>Defendants. | **DEFAULT JUDGMENT**<br><br>Civil No. 2:08-cv-408<br><br>Honorable Dee Benson |

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Clerk of the Court, having entered the Default of Evander Holyfield in this matter, and Lon A. Jenkins ("**Receiver**"), in his

official capacity as the duly appointed, qualified and acting Receiver of RCH2, LLC ("**RCH2**"), as well as the interests of RCH2 and Robert Casey Hall in certain entities, including Springridge, LLC, USV R.E., LLC, and W.W., LLC, having requested entry of Judgment by Default in this matter in favor of Plaintiffs and against Evander Holyfield, it appearing to the Clerk of the Court based on the pleadings of record in this action, that all requirements for entry of judgment by the Clerk of the Court have been satisfied, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs are awarded judgment against Evander Holyfield in the principal amount of $550,000.00, plus (i) pre-judgment interest from September 8, 2006 through the date of this Judgment at ten percent (10%) per annum, and (ii) post-judgment interest from the date of this Judgment until paid in full at the maximum legal rate pursuant to 28 U.S.C. § 1961. This Judgment may be supplemented by subsequent Motion or Declaration, to the extent allowed by law.

DATED this 18th day of February, 2008.

_____
Hon. Dee Benson
Judge, United States District Court for the District of Utah